IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE GU DELLAPENNA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, DANIEL WATERS and MICHAEL AZZARA | : | NO. 09-6110 |

## ORDER

**AND NOW**, this 13th day of January, 2011, upon consideration of the Defendants' Motion for Summary Judgment (Document No. 14), the Plaintiff's Motion for Partial Summary Judgment (Document No. 15), their respective responses and replies to the responses, and after oral argument, it is **ORDERED** as follows:

1. The plaintiff's motion for partial summary judgment is **DENIED**;

2. The defendants' motion for summary judgment is **GRANTED**; and,

3. **JUDGMEN**T is entered in favor of the defendants, Tredyffrin/Easttown School District, Daniel Waters and Michael Azzara, against the plaintiff, Caroline Gu Dellapenna.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.